| **People v Digital Daddy LLC** |
|:---:|
| 2025 NY Slip Op 34397(U) |
| November 19, 2025 |
| Supreme Court, New York County |
| Docket Number: Index No. 452915/2025 |
| Judge: Joel M. Cohen |
| Cases posted with a "30000" identifier, i.e., 2013 NY Slip Op 30001(U), are republished from various New York State and local government sources, including the New York State Unified Court System's eCourts Service. |
| This opinion is uncorrected and not selected for official publication. |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK:  COMMERCIAL DIVISION PART 03M

---------------------------------------------------------------------------------X

PEOPLE OF THE STATE OF NEW YORK, BY LETITIA
JAMES, ATTORNEY GENERAL OF THE STATE OF NEW
YORK

|  |  |
|---|---|
| **INDEX NO.** | 452915/2025 |
| **MOTION DATE** | 10/07/2025 |
| **MOTION SEQ. NO.** | 001 |

Petitioner,

- v -

DIGITAL DADDY LLC,

**DECISION + ORDER ON MOTION**

Respondent.

---------------------------------------------------------------------------------X

HON. JOEL M. COHEN:

The following e-filed documents, listed by NYSCEF document number (Motion 001) 2
were read on this motion for

DISSOLUTION
.

The People of the State of New York, by their attorney, Letitia James, Attorney General

of the State of New York ("NYAG") filed a Petition pursuant to Executive Law § 63(12) against

Respondent DIGITAL DADDY LLC ("Respondent"), seeking to dissolve Respondent;

permanently enjoin Respondent from continuing any fraudulent or illegal acts; and issuing an

order directing that the name and address listed as the name and address for service of process

for Respondent shall not appear in the Entity Information search results page for online searches

of the Department of State's Division of Corporations, Corporation and Business Entity

Database for Respondent.  Respondent has not responded, filed an answer, or otherwise appeared

in this action.  For the following reasons, NYAG's Petition is granted.

Executive Law § 63(12) provides for relief upon petition by the NYAG "whenever any

person shall engage in repeated fraudulent or illegal acts or otherwise demonstrate persistent

fraud or illegality in the carrying on, conducting or transaction of business."  Executive Law §

**452915/2025   PEOPLE OF THE STATE OF NEW YORK, BY LETITIA JAMES, ATTORNEY
GENERAL OF THE STATE OF NEW YORK vs. DIGITAL DADDY LLC
Motion No.  001**

**Page 1 of 4**

1 of 4

63(12) defines "fraud" and "fraudulent" to include "any device, scheme or artifice to defraud and any deception, misrepresentation, concealment, suppression, false pretense, [or] false promise." The NYAG has broad investigatory and enforcement powers under Section 63(12) (*People by James v Richmond Capital Group LLC*, 80 Misc 3d 1213(A) [Sup Ct, NY County 2023] [collecting cases]).

The NYAG has established that Respondent's Articles of Organization misrepresent the address at which Respondent may receive process from the Secretary of State. Specifically, the Articles of Organization for DIGITAL DADDY LLC, filed on November 7, 2024, state that the Secretary of State shall mail process against the company to a Michael M. Semple with the address in Laurelton, New York (NYSCEF 3). The Articles of Organization also list Mr. Semple, using the Laurelton address, as the organizer of Respondent (*id.*).

However, according to the Petition, the Laurelton, New York address is the personal address of the Non-Party, and the Non-Party is not affiliated with the Respondent, nor is anyone else residing at that address, and no one named Michael M. Semple lives at this address (*see* NYSCEF 1). Per the complaint/affirmation filed by the Non-Party with the NYAG's Bureau of Consumer Frauds and Protection, the Non-Party submits that "[t]his company has falsely registered their LLC using the address [of the Non-Party] . . . I do not want my home to be used for any business purposes" and requests that "been receiving mail that states my name, address, and a supposed LLC under my name" and requests "the use of my address to stop immediately" (NYSCEF 4). According to the Petition, Respondent's false filing has caused harm to the Non-Party, whose name and address Respondent has wrongly adopted, as well as to the Department of State and anyone else who attempts to contact Respondent (NYSCEF 1).

**452915/2025   PEOPLE OF THE STATE OF NEW YORK, BY LETITIA JAMES, ATTORNEY**                **Page 2 of 4**
**GENERAL OF THE STATE OF NEW YORK vs. DIGITAL DADDY LLC**
**Motion No.  001**

[* 2]

2 of 4

Since the record demonstrates (without opposition) that Respondent has provided a false address for service upon DIGITAL DADDY LLC, NYAG has filed an affirmation of service of the Petition and supporting papers on Respondent through the Secretary of State (NYSCEF 9).

Accordingly, it is

**ORDERED** that the NYAG's unopposed Petition is **GRANTED**; it is further

**ORDERED** that Respondent DIGITAL DADDY LLC is permanently enjoined from continuing any fraudulent or illegal acts including but not limited to maintaining fraudulent Articles of Organization; it is further

**ORDERED, ADJUDGED, and DECREED** that, pursuant to Executive Law 63(12), Respondent DIGITAL DADDY LLC shall be dissolved forthwith because of persistent fraud in the carrying on of its business, specifically by filing fraudulent articles of organization with the Department of State; it is further

**ORDERED** that the Clerk of Court enter judgment in favor of Petitioner and against Respondent; it is further

**ORDERED, ADJUDGED, and DECREED** that the Clerk of the Court shall provide a certified copy of this Order and Judgment to the Attorney General, and it is further

**ORDERED, ADJUDGED, and DECREED** that the Attorney General shall transmit a certified copy of the Order and Judgment to the Department of State, which, by filing a copy of the same, shall dissolve DIGITAL DADDY LLC and remove the address of the current registered agent from its public records, including from the Department of State's Division of Corporations and Corporation and Business Entity Database; and it is further

**ORDERED** that the NYAG serve a copy of this Decision and Order with notice of its entry on the Non-Party within ten (10) days of the date of this Order.

452915/2025   PEOPLE OF THE STATE OF NEW YORK, BY LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK vs. DIGITAL DADDY LLC
Motion No.  001

Page 3 of 4

3 of 4

[* 3]

This constitutes the decision and order of the Court.

20251119132847MC0HEN5DAFF594B4A140F893F6240AA6F498F6

**11/19/2025**
**DATE**

**JOEL M. COHEN, J.S.C.**

| CHECK ONE: | X | CASE DISPOSED | | | NON-FINAL DISPOSITION | | |
|---|---|---|---|---|---|---|---|
| | X | GRANTED | | DENIED | GRANTED IN PART | | OTHER |
| APPLICATION: | | SETTLE ORDER | | | SUBMIT ORDER | | |
| CHECK IF APPROPRIATE: | | INCLUDES TRANSFER/REASSIGN | | | FIDUCIARY APPOINTMENT | | REFERENCE |

452915/2025   PEOPLE OF THE STATE OF NEW YORK, BY LETITIA JAMES, ATTORNEY                    Page 4 of 4
GENERAL OF THE STATE OF NEW YORK vs. DIGITAL DADDY LLC
Motion No.  001